IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00199-PSF-MEH

SIBISOFT, INC.,

    Plaintiff,

v.

VERIDICOM INTERNATIONAL, INC.,

    Defendant.

---

## ORDER GRANTING MOTION FOR DISMISSAL
---

    Plaintiff's Motion for Voluntary Dismissal (Dkt. # 15) is GRANTED.  This action against Defendant Veridicom International, Inc. is DISMISSED WITHOUT PREJUDICE, pursuant to F.R.Civ.P. 41(a)(1).

    DATED:  July 25, 2006

                                                             BY THE COURT:

                                                             *s/ Phillip S. Figa*
                                                             _____
                                                             Phillip S. Figa
                                                             United States District Judge